**FILED**

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0251

_____

DAVID RAFES and BARSTOW, LTC

       Plaintiffs and Appellants    **ORDER**

v.

JOSH McMILLAN and RICK L. DAWSON

       Defendants and Appellees.

_____

BEFORE the Court is Appellees, Josh McMillan's Motion for Extension of Time in which to file an Answer Brief. There being no objection from Appellant, Appellee Josh McMillan shall have up to and including November 1, 2021 to file and Answer brief in this matter.

So Ordered.

DATED this ___ day of September, 2021.

_____

David Rafes
Jim Lippert

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021